UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JESUS HEREDIA GARCIA, | Case No. 1:25-cv-01906 |
| Petitioner, | Hon. Paul L. Maloney<br>U.S. District Judge |
| v. | |
| KEVIN RAYCRAFT, Immigration and Customs Enforcement and Removal Operations, Detroit Field Office Director; WARDEN, Northlake Correctional Facility; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the Department of Homeland Security; PAM BONDI, Attorney General of the United States, | Hon. Sally J. Berens<br>U.S. Magistrate Judge |
| Respondents. | |
| _____/ | |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner and Respondents, by their respective counsel, hereby stipulate to a dismissal of this case in its entirety, without costs or attorneys' fees to any party.

Respectfully submitted,

Dated: January 5, 2026

*/s/ Saadia Siddique (w/ permission)*
SADDIA SIDDIQUE
Siddique Law Group, LLC
200 West Monroe St., Suite 1625
Chicago, IL 60606
(312) 726-9822
saadia@sidlawgroup.com
Attorney for Petitioner

                                                              TIMOTHY VERHEY
                                                              United States Attorney

Dated: January 5, 2026                          */s/ Carolyn Almassian*
                                                              CAROLYN ALMASSIAN
                                                              Assistant United States Attorney
                                                              330 Ionia Ave. NW, Ste. 501
                                                              Grand Rapids, MI 49503
                                                              (616) 456-2404
                                                              Carolyn.Almassian@usdoj.gov
                                                              Attorney for Federal Respondents

**IT IS SO ORDERED:**

Dated:  January 6, 2026                        /s/ Paul L. Maloney
                                                              Hon. Paul L. Maloney
                                                              U.S. District Judge